# SPECIAL ORDERS

*Order Entered November 26, 1997:*

M&D, Inc v McConkey, Docket No. 175201. The Court orders that a special panel shall be convened pursuant to MCR 7.215(H) to resolve the conflict between this case and *Shimmons v Mortgage Corp of America,* 206 Mich App 27; 520 NW2d 670 (1994).

The Court further orders that the opinion in this case released November 14, 1997, is hereby vacated.

The appellants may file a supplemental brief within 28 days of the clerk's certification of this order. Appellees may file a supplemental brief within 21 days of service of appellants' brief. Nine copies must be filed with the Clerk of the Court.

HOLBROOK, JR., J., did not participate.